JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID LOAIZA, | No. CV 21-5207 PA (MARx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| PRIMARY COLOR, INC., | |
| Defendant. | |

In accordance with the Court's December 28, 2021 Order granting the Motion for Default Judgment filed by plaintiff David Loaiza ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff shall have judgment in his favor and against defendant Primary Color, Inc. ("Defendant"); and

2. Defendant shall pay to Plaintiff the total amount of $7,069.50 (consisting of statutory damages of $4,000.00, attorneys' fees of $2,667.50 and costs of $402.00).

DATED: December 28, 2021

_____
Percy Anderson
United States District Judge